IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PERALTA-QUINTANA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | 1:10-CV-270  AWI<br><br>(Crim. No. 1:09-cr-0027  AWI)<br><br><br>ORDER CLOSING CASE |

    Petitioner Francisco Peralta-Quintana ("Petitioner") sought relief under 28 U.S.C. § 2255. On November 17, 2010, the Court ordered Petitioner to file a waiver and clarifications. See Crim. Doc. Nos. 16.  The Court warned Petitioner that failure to file the required additional filings would result in the dismissal of his petition without further notice. See id. Petitioner did not submit the additional filings, and the last docket entry reflects that Petitioner's mail was returned to the Court as "undeliverable" on November 30, 2010. See Doc. No. 17.  Because the filings were not received, the Court administratively terminated Petitioner's petition.  However, the case was not administratively closed.  The Court will now remedy the situation.

    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the termination of Plaintiff's petition due to non-compliance.

IT IS SO ORDERED.

Dated:   August 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE